UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ROBERT A. CODER                                          CIVIL ACTION

VERSUS                                                   NO. 22-29

KILOLO KIJAKAZI, ACTING                                  SECTION "E" (2)
COMMISSIONER OF THE SOCIAL
SECURITY ADMINISTRATION

## ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that Defendant's Motion to Reverse and Remand was unopposed, [1] and as of this date Plaintiff has filed no objections to the Magistrate Judge's Findings and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that Defendant's Unopposed Motion to Reverse and Remand[2] be **GRANTED**, and judgment be entered **REVERSING** the Commissioner's decision and **REMANDING** the case for further administrative proceedings.

**New Orleans, Louisiana, this 1st day of September, 2022.**

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. 19 at p. 3.
[2] R. Doc. 19.