UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ROBERT A. CODER** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NO. 22-29** |
| **KILOLO KIJAKAZI, ACTING COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION** | * | **SECTION "E" (2)** |

## ORDER

The Court, having considered Counsel's Motion for Attorneys' Fees,[1] Defendant's Response,[2] the record, the applicable law, the Magistrate Judge's Report and Recommendation,[3] and the failure of either party to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that Counsel's Motion for Attorneys' Fees is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff's counsel, David F. Chermol, is awarded attorneys' fees in the amount of $17,679.97 pursuant to 42 U.S.C. § 406(b) for his work before the Court in this case, with the amount to be paid from the past due benefits held by the Commissioner for such purposes.

**IT IS FURTHER ORDERED** that the fee awarded to counsel is reduced by the $7,000 EAJA fee previously awarded, resulting in a net payment of an additional $10,679.97 to equal the full $17,679.97 fee award awarded pursuant to 42 U.S.C. § 406(b).

**New Orleans, Louisiana, this 26th day of January, 2024.**

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. 26.
[2] R. Doc. 27.
[3] R. Doc. 29.